**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1093**

In Re:  ANTONIO MOSLEY, a/k/a Abdullah Hamid,

Petitioner.

On Petition for Writ of Mandamus.
(3:11-cr-00336-RJC-1; 3:14-cv-00399-RJC)

Submitted:  May 12, 2016                    Decided:  June 8, 2016

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Petition dismissed in part and denied in part by unpublished per curiam opinion.

Antonio Mosley, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Mosley petitions for a writ of mandamus, alleging that the district court has unduly delayed in his 28 U.S.C. § 2255 (2012) action in ruling on his motion for access to sealed court records and his motion for bond. He further claims that the district court has unduly delayed in ruling on his 18 U.S.C. § 3582(c)(2) (2012) motion for sentence reduction.

Because the district court's criminal docket reveals that the court denied Mosley's § 3582(c)(2) motion on February 5, 2016, we dismiss Mosley's mandamus petition in part as moot. Moreover, our review of the civil docket does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition in part. We grant leave to proceed in forma pauperis and deny Mosley's motion for release on bail. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DISMISSED IN PART<br>AND DENIED IN PART